**Order entered November 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01305-CV

### IN RE ERIC DRAKE, Relator

**Original Proceeding from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-05212-C**

## ORDER
Before Justices Bridges, Osborne, and Carlyle

Based on the Court's opinion of this date, relator's October 28, 2019 petition for writ of mandamus and November 12, 2019 amended writ of mandamus petition are **DENIED**. We **DENY AS MOOT** relator's October 28, 2019 "Emergency Motion to Stay Pending Writ of Mandamus."

/s/    LESLIE OSBORNE
        JUSTICE